UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
Judgment Creditor,
v.

JUDITH FULGENCIO,
Judgment Debtor,
and

GLOBAL ATLANTIC FINANCIAL GROUP, and its subsidiary, ACCORDIA LIFE AND ANNUITY COMPANY, as administrator of ATHENE LIFE INSURANCE COMPANY OF NEW YORK,
Garnishee.

12 CR 0068-01 (DLC)

**WRIT OF GARNISHMENT**

TO: GLOBAL ATLANTIC FINANCIAL GROUP,
and its subsidiary, ACCORDIA LIFE AND
ANNUITY COMPANY, as administrator of
ATHENE LIFE INSURANCE COMPANY
OF NEW YORK
215 10th Street, Suite 1000
Des Moines, IA 50309

An application for a writ of garnishment against the property of judgment debtor JUDIT FULGENCIO, whose last known address is in Wintergarden, Florida, has been filed with this Court. On April 26, 2013, the Court entered a judgment against JUDITH FULGENCIO in the amount of $1,129,1360.00. The unpaid balance, including interest accrued at the rate of 0.11%, due as of August 20, 2026 is $1,105,252.60.

You are required by law to withhold and retain any property in which JUDITH FULGENCIO has a substantial nonexempt interest and for which you have or may become indebted to JUDITH FULGENCIO pending further order. You are required by law to file a written answer, under oath, within 10 days of service of this writ stating whether or not you have in your custody, control or possession, any property belonging or owed to the judgment debtor, including

but not limited to nonexempt disposable earnings or retirement benefits. *See* 28 U.S.C. § 3205(c)(2)(F). Property that is exempt and that is not subject to this writ is listed in the enclosed Clerk's Notice.

You must file the original answer to this writ with the Clerk of Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, Attn: Arraignment Unit Room 520, and send a copy of your Answer to JUDITH FULGENCIO and the United States Attorney's Office, 86 Chambers Street, New York, New York 10007, Attn: Financial Litigation Program. *See* 28 U.S.C. § 3205(c). A sample Answer Form is enclosed for your convenience. Please note that your answer will be publicly filed and redact account number(s) accordingly.

If you fail to answer or withhold property in accordance with this writ, the United States of America may petition the Court for an order directing you to appear before the Court to show good cause why you failed to comply with the writ. If you fail to appear or do appear and fail to show good cause why you failed to comply with the writ, the court shall enter a judgment against you for the value of the judgment debtor's nonexempt interest in the property.

It is unlawful to pay or deliver to JUDITH FULGENCIO any items attached by this writ. Do not deliver the property to the Clerk of Court yet. Instead, withhold and retain the property until the Court enters an order directing the disposition of the property.

Dated: New York, New York
August 24, 2026

So Ordered:

Denise Cote
UNITED STATES DISTRICT JUDGE